UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED MAY 0 9 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY __ DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

VALERIE NIETO (2),

Defendant.

Case No. 18-CR-3280-WQH

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment and the Superseding Indictment:

21:841(a)(1), 846; 21:853 - Conspiracy to Distribute Heroin; Criminal Forfeiture (1) and
21:841(a)(1), 846; 21:853 - Conspiracy to Distribute Heroin; Criminal Forfeiture (1s)

Dated: 5/9/19

Hon. William Q. Hayes
United States District Judge